387 A.2d 117

Holliman v. Technical Maintenance Products,
Inc., Appellant, et al.

Argued December 9, 1977. Charles W. Craven, with him Francis E. Marshall, for appellant; Tod I. Mammuth, with him Herbert Monheit, for appellee.

Order affirmed.